# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BRAVO CONSTRUCTION COMPANY INC | § | Case No. 16-82458 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/19/2016 . The undersigned trustee was appointed on 10/19/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 228,888.88 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 29,212.30 |
| Bank service fees | | 3,639.32 |
| Other payments to creditors | | 152,549.82 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 43,487.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/08/2017  and the deadline for filing governmental claims was  04/17/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,694.44 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 14,694.44 , for a total compensation of $ 14,694.44 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 30.00 , for total expenses of $ 30.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2019                    By: /s/BERNARD J. NATALE, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-82458 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | BRAVO CONSTRUCTION COMPANY INC | | | | Date Filed (f) or Converted (c): | 10/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 04/08/2019 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 285,180.93 | 285,180.93 | | 166,747.63 | FA |
| 2. Lumber & Stakes | 500.00 | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 25.00 | 25.00 | | 0.00 | FA |
| 4. Equipment | 50,000.00 | 50,000.00 | | 62,141.25 | FA |
| 5. Castle Bank Checking 3009 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Castle Bank Checking 3858 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Storage Yard Leasehold | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $335,705.93    $335,205.93    $228,888.88    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO COLLECT A/R AND TO CONDUCT AUCTION OF PERSONAL PROPERTY.

4/26/2018 TRUSTEE WILL RETAIN SPECIAL COUNSEL TO PURSUE COLLECTION OF 1 REMAINING UNPAID RECEIVABLE.

| RE PROP # | 1 | -- | 90 days or less |
| RE PROP # | 3 | -- | Old desks & chairs |
| RE PROP # | 5 | -- | Asset was listed with a negative balance in petition of -$618.64 |
| RE PROP # | 6 | -- | Account was listed with negative balance in petition of -$32.53. |

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 09/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-82458 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|
| Case Name: | BRAVO CONSTRUCTION COMPANY INC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8863 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0020 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 04/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/17 | 1 | Peter Baker & Son Co<br>1349 Rockland Road<br>Lake Bluff IL 60044 | Account Receivable<br>Warren Township - LCDOT | 1121-000 | $54,968.51 | | $54,968.51 |
| 05/22/17 | 1 | Peter Baker & Son Co<br>1349 Rockland Road<br>Lake Bluff IL 60044 | Account Receivable<br>IDOT 62A09 RT83, Lake Villa | 1121-000 | $12,735.68 | | $67,704.19 |
| 05/22/17 | 1 | Peter Baker & Son Co<br>1349 Rockland Road<br>Lake Bluff IL 60044 | Account Receivable<br>Wadsworth | 1121-000 | $5,944.59 | | $73,648.78 |
| 05/22/17 | 1 | Peter Baker & Son Co<br>1349 Rockland Road<br>Lake Bluff IL 60044 | Account Receivable<br>IDOT 61C03- Zion, Various | 1121-000 | $17,843.60 | | $91,492.38 |
| 05/22/17 | 1 | Peter Baker & Son Co<br>1349 Rockland Road<br>Lake Bluff IL 60044 | Account Receivable<br>LCDOT - Martin Luther King | 1121-000 | $2,583.04 | | $94,075.42 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.59 | $94,034.83 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.27 | $93,899.56 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.62 | $93,759.94 |
| 09/07/17 | | PPL Group LLC<br>Escrow Account<br>105 Revere Dr Suite C<br>Northbrook IL 60062 | Sale of Equipment | | $42,427.13 | | $136,187.07 |
| | | | Gross Receipts        $62,141.25 | | | | |
| | | PPL Group LLC | ($6,214.12) | 3620-000 | | | |
| | | PPL Group LLC | ($13,500.00) | 3610-000 | | | |
| | 4 | | Equipment        $62,141.25 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*         Page Subtotals:        $136,502.55    $315.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-82458 | Trustee Name: | BERNARD J. NATALE, TRUSTEE | |
| Case Name: | BRAVO CONSTRUCTION COMPANY INC | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8863 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0020 | Blanket Bond (per case limit): | $3,000.00 | |
| For Period Ending: | 04/08/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.40 | $136,047.67 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.53 | $135,864.14 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.98 | $135,662.16 |
| 11/13/17 | 1101 | WIPFLI LLP<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Inv #1173698/432350<br>Pymt of Fees Bravo Const. Co., Inc. | 3410-000 | | $1,810.00 | $133,852.16 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.23 | $133,657.93 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $198.71 | $133,459.22 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $198.43 | $133,260.79 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.96 | $133,081.83 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $197.85 | $132,883.98 |
| 04/11/18 | 1102 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Invoice 1220855/Client 432350 | 3410-000 | | $1,110.30 | $131,773.68 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $190.44 | $131,583.24 |
| 06/04/18 | 1103 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | BOND #016018067 | 2300-000 | | $60.88 | $131,522.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $0.00     $4,664.71

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-82458 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRAVO CONSTRUCTION COMPANY INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8863 |
| | Checking |
| Taxpayer ID No: XX-XXX0020 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.63 | $131,326.73 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $188.97 | $131,137.76 |
| 07/24/18 | 1 | Geske & Sons Inc<br>400 E Terra Cotta<br>Crystal Lake IL 60014 | Account Receivable | 1121-000 | $20,000.00 | | $151,137.76 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.65 | $150,935.11 |
| 08/14/18 | 1 | Geske & Sons, Inc<br>400 E Terra Cotta Ave<br>Crystal Lake IL 60014-3611 | Account Receivable | 1121-000 | $20,000.00 | | $170,935.11 |
| 09/10/18 | 1 | Geske & Sons, Inc.<br>400 E Terra Cotta Ave.<br>Crystal Lake IL 60014 | Account Receivable | 1121-000 | $10,000.00 | | $180,935.11 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $241.65 | $180,693.46 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.69 | $180,437.77 |
| 11/05/18 | 1 | Geske & Sons<br>400 E. Terra Cotta Ave<br>Crystal Lake, IL 60014-3611 | Account Receivable | 1121-000 | $22,672.21 | | $203,109.98 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $268.23 | $202,841.75 |
| 12/06/18 | 1104 | First National Bank<br>Attn: Attorney Rebecca Lamm<br>Franks, Gerkin & Mckenna, P.C.<br>19333 E. Grant Highway<br>Marengo, Il 60152 | Ref #9251 | | | $147,800.07 | $55,041.68 |
| | | First National Bank | | ($85,089.29) | 4110-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:  $72,672.21   $149,152.89

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-82458 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRAVO CONSTRUCTION COMPANY INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8863 |
| | Checking |
| Taxpayer ID No: XX-XXX0020 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | First National Bank | ($62,710.78) | 4110-000 | | | |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.49 | $54,754.19 |
| 12/11/18 | | Transfer to Acct # xxxxxx0033 | Transfer of Funds | 9999-000 | | $54,754.19 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $209,174.76 | $209,174.76 |
| Less: Bank Transfers/CD's | $0.00 | $54,754.19 |
| Subtotal | $209,174.76 | $154,420.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $209,174.76 | $154,420.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $0.00    $55,041.68

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-82458 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRAVO CONSTRUCTION COMPANY INC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0033 |
| | Checking |
| Taxpayer ID No: XX-XXX0020 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/18 | | Transfer from Acct # xxxxxx8863 | Transfer of Funds | 9999-000 | $54,754.19 | | $54,754.19 |
| 12/13/18 | 2001 | First National Bank<br>Attn: Attorney Rebecca Lamm<br>Franks, Gerkin & Mckenna, P.C.<br>19333 E. Grant Highway<br>Marengo, Il 60152 | Balance of funds owed per Compromise | 4110-000 | | $4,749.75 | $50,004.44 |
| 01/08/19 | 2002 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL  61104 | Fees of Special Counsel | 3210-000 | | $5,775.00 | $44,229.44 |
| 03/04/19 | 2003 | Illinois Department of Revenue<br>P O Box 19053<br>Springfield, IL  62794-9053 | 2018 Corp Tax 36-3430020 | 2810-000 | | $742.00 | $43,487.44 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $54,754.19 | $11,266.75 |
| Less: Bank Transfers/CD's | $54,754.19 | $0.00 |
| Subtotal | $0.00 | $11,266.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,266.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $54,754.19    $11,266.75

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0033 - Checking | $0.00 | $11,266.75 | $43,487.44 |
| XXXXXX8863 - Checking | $209,174.76 | $154,420.57 | $0.00 |
|  | $209,174.76 | $165,687.32 | $43,487.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $19,714.12 |
| Total Net Deposits: | $209,174.76 |
| Total Gross Receipts: | $228,888.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82458  
Debtor Name: BRAVO CONSTRUCTION COMPANY INC  
Claims Bar Date: 3/8/2017  

Date: April 8, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ACCTG 3 100 3410 | WIPFLI LLP<br>P O BOX 3160<br>MILWAUKEE, WI  53201-3160 | Administrative | | $0.00 | $2,110.80 | $2,110.80 |
| 100 2100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $14,694.44 | $14,694.44 |
| TRTEE XP 100 2200 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $30.00 | $30.00 |
| 2018ST TAX 100 2810 | Illinois Department of Revenue<br>P O Box 19053<br>Springfield, IL  62794-9053 | Administrative | | $0.00 | $742.00 | $742.00 |
| ATTYF EES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $23,255.00 | $23,255.00 |
| ATTYE XP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $104.67 | $104.67 |
| SC1 100 3210 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL  61104 | Administrative | Order entered on 01/02/19 authorizing payment of fees | $0.00 | $5,775.00 | $5,775.00 |
| ACCTG 2 100 3410 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Administrative | Pursuant to order entered on 4/09/18 | $0.00 | $1,110.30 | $1,110.30 |
| ACCTG 1 100 3410 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Administrative | | $0.00 | $1,810.00 | $1,810.00 |

Page 1                                    Printed: April 8, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82458  
Debtor Name: BRAVO CONSTRUCTION COMPANY INC  
Claims Bar Date: 3/8/2017  

Date: April 8, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| AUCTFEE 100 3610 | PPL Group LLC | Administrative | | $0.00 | $6,214.12 | $6,214.12 |
| AUCTEXP 100 3620 | PPL Group LLC | Administrative | | $0.00 | $13,500.00 | $13,500.00 |
| 10 230 5300 | Construction And General Laborers" District Counci 999 Mcclintock Drive, Suite 300 Burr Ridge, Illinois 60527 | Priority | | $0.00 | $980.62 | $980.62 |
| 8 240 5400 | Fox Vally Laborers" Health Welfare Fund C/O Dowd, Bloch, Bennett, Et Al 8 S. Michigan Avenue, 19Th Floor Chicago, Il 60603 | Priority | Objected to as duplicate of 9 Order entered 1/2/19 denying claim | $0.00 | $0.00 | $0.00 |
| 9 240 5400 | Fox Valley Laborers" Health & Welfare Pension Funds C/O Elizabeth L. Rowe Dowd, Bloch, Bennett, Et Al. 8 S. Michican Ave., 19Th Floor Chicago, Il 60603 | Priority | Object filed - reduce by $4,994.42 paid by Geske | $0.00 | $48,331.57 | $0.00 |
| 9 240 5400 | Fox Valley Laborers" Health & Welfare Pension Funds C/O Elizabeth L. Rowe Dowd, Bloch, Bennett, Et Al. 8 S. Michican Ave., 19Th Floor Chicago, Il 60603 | Priority | | $0.00 | $48,331.57 | $48,331.57 |
| 11 280 5800 | Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $0.00 | $684.28 | $684.28 |
| 12 280 5800 | Illinois Department Of Revenue- Bankruptcy Po Box 19035 Springfield, Il 62794-9035 | Priority | | $0.00 | $876.53 | $876.53 |
| 13 280 5800 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia T. Yabes | Priority | | $0.00 | $6,296.78 | $6,296.78 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82458  
Debtor Name: BRAVO CONSTRUCTION COMPANY INC  
Claims Bar Date: 3/8/2017

Date: April 8, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | Pomp"s Tire Service<br>P.O. Box 1630<br>Green Bay, Wi 54305-1630 | Unsecured | | $0.00 | $6,820.10 | $6,820.10 |
| 2-1<br>300<br>7100 | Fox Valley & Vicinity<br>Construction Workers Fringe<br>C/O Catherine M. Chapman<br>200 W. Adams Street, Suite 2200<br>Chicago, Il 60606-5231 | Unsecured | This claim was amended on 03/01/2017 | $0.00 | $357,181.90 | $357,181.90 |
| 2-2<br>300<br>7100 | Fox Valley & Vicinity<br>Construction Workers Fringe<br>C/O Catherine M. Chapman<br>200 W. Adams Street, Suite 2200<br>Chicago, Il 60606-5231 | Unsecured | This claim amends the original filed 01/03/17 | $0.00 | $195,371.14 | $195,371.14 |
| 6<br>300<br>7100 | Alpha Construction Testing, Inc.<br>C/O Ziad Awad<br>820 W. Lake Street #212<br>Roselle, Il 60172 | Unsecured | Per Order entered on 1/2/19 allowing modification of claim amount | $0.00 | $2,575.00 | $2,575.00 |
| 7<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $7,435.45 | $7,435.45 |
| 8U<br>300<br>7100 | Fox Vally Laborers" Health<br>Welfare Fund<br>C/O Dowd, Bloch, Bennett, Et Al<br>8 S. Michigan Avenue, 19Th Floor<br>Chicago, Il 60603 | Unsecured | Order entered 1/2/19 denying - duplicate of 9 | $0.00 | $0.00 | $0.00 |
| 9U<br>300<br>7100 | Fox Valley Laborers" Health<br>& Welfare Pension Funds<br>C/O Elizabeth L. Rowe<br>Dowd, Bloch, Bennett, Et Al.<br>8 S. Michican Ave., 19Th Floor<br>Chicago, Il 60603 | Unsecured | | $0.00 | $1,681,027.66 | $1,681,027.66 |
| 10U<br>300<br>7100 | Construction And General<br>Laborers" District Counci<br>999 Mcclintock Drive, Suite 300<br>Burr Ridge, Illinois 60527 | Unsecured | | $0.00 | $55,633.97 | $55,633.97 |
| 3<br>400<br>4110 | First National Bank<br>Attn: Attorney Rebecca Lamm<br>Franks, Gerkin & Mckenna, P.C.<br>19333 E. Grant Highway<br>Marengo, Il 60152 | Secured | | $0.00 | $85,089.29 | $85,089.29 |

Page 3                                                       Printed: April 8, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82458                                                                                             Date: April 8, 2019
Debtor Name: BRAVO CONSTRUCTION COMPANY INC
Claims Bar Date: 3/8/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>400<br>4110 | First National Bank<br>Attn: Attorney Rebecca Lamm<br>Franks, Gerkin & Mckenna, P.C.<br>19333 E. Grant Highway<br>Marengo, Il 60152 | Secured | | $0.00 | $134,375.00 | $134,375.00 |
| 5<br>400<br>4110 | First National Bank<br>Attn: Attorney Rebecca Lamm<br>Franks, Gerkin & Mckenna, P.C.<br>19333 E. Grant Highway<br>Marengo, Il 60152 | Secured | | $0.00 | $19,695.98 | $19,695.98 |
| | Case Totals | | | $0.00 | $2,720,053.17 | $2,671,721.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-82458
Case Name: BRAVO CONSTRUCTION COMPANY INC
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 43,487.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | First National Bank | $ 85,089.29 | $ 85,089.29 | $ 85,089.29 | $ 0.00 |
| 4 | First National Bank | $ 134,375.00 | $ 134,375.00 | $ 67,460.53 | $ 0.00 |
| 5 | First National Bank | $ 19,695.98 | $ 19,695.98 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors   $ 0.00

Remaining Balance   $ 43,487.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE LTD | $ 14,694.44 | $ 0.00 | $ 14,694.44 |
| Trustee Expenses: BERNARD J. NATALE LTD | $ 30.00 | $ 0.00 | $ 30.00 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 23,255.00 | $ 0.00 | $ 23,255.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 104.67 | $ 0.00 | $ 104.67 |
| Accountant for Trustee Fees: WIPFLI LLP | $ 2,110.80 | $ 0.00 | $ 2,110.80 |
| Auctioneer Fees: PPL Group LLC | $ 6,214.12 | $ 6,214.12 | $ 0.00 |
| Other: WIPFLI INC | $ 2,920.30 | $ 2,920.30 | $ 0.00 |
| Other: CRAIG WILLETTE | $ 5,775.00 | $ 5,775.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Revenue | $ 742.00 | $ 742.00 | $ 0.00 |
| Other: PPL Group LLC | $ 13,500.00 | $ 13,500.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | $ 40,194.91 |
| Remaining Balance | | $ 3,292.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 57,169.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Construction And General Laborers" District Counci | $ 980.62 | $ 0.00 | $ 980.62 |
| 9 | Fox Valley Laborers" Health | $ 48,331.57 | $ 0.00 | $ 2,311.91 |
| 11 | Internal Revenue Service | $ 684.28 | $ 0.00 | $ 0.00 |
| 12 | Illinois Department Of Revenue-Bankruptcy | $ 876.53 | $ 0.00 | $ 0.00 |
| 13 | Illinois Department Of Employment Security | $ 6,296.78 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 3,292.53 |
| Remaining Balance | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,948,863.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pomp"s Tire Service | $ 6,820.10 | $ 0.00 | $ 0.00 |
| 2-2 | Fox Valley & Vicinity Construction Workers Fringe | $ 195,371.14 | $ 0.00 | $ 0.00 |
| 6 | Alpha Construction Testing, Inc. | $ 2,575.00 | $ 0.00 | $ 0.00 |
| 7 | Capital One Bank (Usa), N.A. | $ 7,435.45 | $ 0.00 | $ 0.00 |
| 9U | Fox Valley Laborers" Health | $ 1,681,027.66 | $ 0.00 | $ 0.00 |
| 10U | Construction And General Laborers" District Counci | $ 55,633.97 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE