UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
BRAVO CONSTRUCTION COMPANY § Case No. 16-82458
INC §
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Northern District of Illinois
Western Division
327 S. Church Street, Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 05/13/2019 in Courtroom 3100,

United States Bankruptcy Court
327 S Church Street
Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/22/2019              By: /S/ BERNARD J. NATALE
                                          TRUSTEE


*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
BRAVO CONSTRUCTION COMPANY INC § Case No. 16-82458
§
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 228,888.88 |
| and approved disbursements of | $ | 185,401.44 |
| leaving a balance on hand of[1] | $ | 43,487.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | First National Bank | $ 85,089.29 | $ 85,089.29 | $ 85,089.29 | $ 0.00 |
| 4 | First National Bank | $ 134,375.00 | $ 134,375.00 | $ 67,460.53 | $ 0.00 |
| 5 | First National Bank | $ 19,695.98 | $ 19,695.98 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 43,487.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE LTD | $ 14,694.44 | $ 0.00 | $ 14,694.44 |
| Trustee Expenses: BERNARD J. NATALE LTD | $ 30.00 | $ 0.00 | $ 30.00 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 23,255.00 | $ 0.00 | $ 23,255.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 104.67 | $ 0.00 | $ 104.67 |
| Accountant for Trustee Fees: WIPFLI LLP | $ 2,110.80 | $ 0.00 | $ 2,110.80 |
| Auctioneer Fees: PPL Group LLC | $ 6,214.12 | $ 6,214.12 | $ 0.00 |
| Other: CRAIG WILLETTE | $ 5,775.00 | $ 5,775.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 742.00 | $ 742.00 | $ 0.00 |
| Other: PPL Group LLC | $ 13,500.00 | $ 13,500.00 | $ 0.00 |
| Other: WIPFLI INC | $ 2,920.30 | $ 2,920.30 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      40,194.91

Remaining Balance      $      3,292.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 57,169.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Construction And General Laborers" District Coun | $ 980.62 | $ 0.00 | $ 980.62 |
| 9 | Fox Valley Laborers" Health | $ 48,331.57 | $ 0.00 | $ 2,311.91 |
| 11 | Internal Revenue Service | $ 684.28 | $ 0.00 | $ 0.00 |
| 12 | Illinois Department Of Revenue-Bankruptcy | $ 876.53 | $ 0.00 | $ 0.00 |
| 13 | Illinois Department Of Employment Security | $ 6,296.78 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors      $      3,292.53

Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,948,863.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pomp"s Tire Service | $ 6,820.10 | $ 0.00 | $ 0.00 |
| 2-2 | Fox Valley & Vicinity Construction Workers Fringe | $ 195,371.14 | $ 0.00 | $ 0.00 |
| 6 | Alpha Construction Testing, Inc. | $ 2,575.00 | $ 0.00 | $ 0.00 |
| 7 | Capital One Bank (Usa), N.A. | $ 7,435.45 | $ 0.00 | $ 0.00 |
| 9U | Fox Valley Laborers" Health | $ 1,681,027.66 | $ 0.00 | $ 0.00 |
| 10U | Construction And General Laborers" District Coun | $ 55,633.97 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $ 0.00

Remaining Balance                                           $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 16-82458**
**CASE NAME: BRAVO CONSTRUCTION COMPANY INC.**

### PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

> SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 22nd day of April, 2019.

/s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
the 22nd day of April, 2019
/s/    Denise M Bennett
Notary Public

My commission expires July 15, 2022

Alpha Construction Testing Inc
820 W Lake Street
Suite 212
Roselle IL 601722887

Bracing Systems North
4n350 Old Gray Avenue
Hanover Park IL 601339201

Calibre CPA Group PLLC
7501 Wisconsin Avenue
Suite 1200W
Bethesda MD 208146595

Castle Bank NA
141 W Lincoln Avenue
DeKalb IL 60115

Chicago Contractor's Supply
11902 North Street
Huntley IL 601429603

Chicago Cut
674 Albion Avenue
Schaumburg IL 601934519

Construction & General Laborers
District
Attorney Christina Krivanek Wernick
999 McClintock Drive Suite 300
Burr Ridge IL 605270824

Curb Cutters
463 DuPahze Street
Naperville IL 605653130

First National Bank of Marengo
11700 Route 47
Huntley IL 601429613

Fox Valley & Vicinity Construction
Workers
915 National Parkway Suite F
Schaumburg IL 601735120

Fox Valley Laborers Health Welfare
Fund – Elizabeth L. Rowe
% Dowd Bloch Bennett et al
8 S Michigan Ave 19th Floor
Chicago IL 606033357

Geske & Sons Inc
400 E Terra Cotta Avenue
Crystal Lake Il 60014

Ozinga
P O Box 910
Frankfort IL 604230910

Peter Baker & Son Co
1349 Rockland Rd
Lake Bluff IL 600441498

Point Ready Mix
5435 Bull Valley Road
Suite 130
McHenry IL 600507433

Shell
P O Box 9001015
Louisville KY 402901015

Capital One
Bankruptcy Dept
P O Box 30273
Salt Lake City UT 841300273

Home Depot/Citibank
Bankruptcy Dept
P O Box 6497
Sioux Falls SD 571176497

Menards
% Capital One Commercial
P O Box 5219
Carol Stream IL 601975219

Pomp's Tire Service
P O Box 1630
Green Bay WI 543051630

First National Bank of Omaha
% Rebecca Lamm
Franks Gerkin & McKenna PC
P O Box 5
Marengo IL 60152

Bravo Construction Co., Inc.
% David R Herzog
Herzog & Schwartz PC
77 W Washington, Ste 1400
Chicago IL 60602

U S Trustee
780 Regent Street
Suite 304
Madison WI 53715

PPL Group LLC
105 Revere Dr Ste C
Northbrook IL 60062